**Christopher OSE–AFIANA,**
**Plaintiff–Appellant,**

v.

**COVENANT SECURITY SERVICES,**
**LTD., Defendant–Appellee.**

No. 13–1205.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 28, 2013.

Christopher Ose–Afiana, Appellant Pro Se.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Ose–Afiana appeals the district court's order dismissing his Title VII retaliation action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ose–Afiana v. Covenant Sec. Servs. Ltd.,* No. 8:12–cv–01840–AW (D.Md. Jan. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*